**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIK SALAIZ, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **No. 3:25-CV-00138-LS** |
| **CREDO LEGAL SERVICES, P.A, A FLORIDA PROFESSIONAL ASSOCIATION, AND KERRY TIBOR JR.,** | § | |
| ***Defendants.*** | § | |

**ORDER**

The Court will withhold action in this case for **30 days** from the date of this order to allow for Defendants Credo Legal Services, P.A., and Kerry Tibor, Jr. to obtain new counsel, if they so wish. Defendant Kerry Tibor, Jr. may proceed *pro se* but must inform the Court by the deadline if he chooses to do so. Defendants are warned that continued failure to take action in this case will result in a default judgment against them.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 21, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**