**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Credo Legal Services
P.O. Box 105562
Atlanta, George 30348

**CASE #: 3:25-cv-00138-LS-MAT #36**

9590 9402 0199 6110 0987 16

2. Article Number *(Transfer from service label)*

9589 0710 5270 3970 2920 07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X N-A

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 8-25-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED

AUG 31 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery