**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **EP-25-CV-00138-LS-MAT** |
| | § | |
| **CREDO LEGAL SERVICES, P.A.; and KERRY TIBOR JR,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |
| | § | |
| | § | |

**ORDER FOR STATUS CONFERENCE HEARING**

The Court considers this case *sua sponte.* The Court withheld action in this case for thirty days to allow Defendants Credo Legal Services, P.A., and Kerry Tibor, Jr. to obtain new counsel. ECF No. 36. Counsel has now entered an appearance for Defendants. The case has several pending motions. Accordingly, this matter is set for a status conference hearing before the undersigned via Zoom on **October 29, 2026 at 2:00 p.m.** Zoom information will be emailed to the parties ahead of the hearing.

**SIGNED** this 8th day of October, 2026.

**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**